UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEF VOLMAN,
                           Plaintiff,

                  -against-                       22 Civ. 2403 (LGS)

                                                 ORDER
JOSELUIS CORP., et al.,
                           Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated April 11, 2022, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference (Dkt. No. 7);

      WHEREAS, the initial pretrial conference is scheduled for May 25, 2022, at 4:20 P.M.;

      WHEREAS, Defendants were served on April 19, 2022.;

      WHEREAS, Defendants were required to respond to the Complaint by May 10, 2022;

      WHEREAS, Defendants have not appeared in this case and have not timely responded to the Complaint;

      WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

      **ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **May 25, 2022, at 12:00 P.M.**, and shall explain why they have not complied with the Court's deadlines. If Defendants refuse to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendant, no later than **May 25, 2022**, Plaintiff shall file a letter (1) requesting further adjournment of the initial pretrial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause

for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.  It is further

      **ORDERED** that the initial pretrial conference scheduled for May 25, 2022, at 4:20 P.M., is adjourned to **June 1, 2022, at 4:20 P.M.**

Dated: May 19, 2022
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                       **UNITED STATES DISTRICT JUDGE**