

# NACMIAS LAW FIRM PLLC

940 ATLANTIC AVE. 1ST FLOOR
BROOKLYN, NY 11238
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

VIA ECF
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
500 FOLEY SQUARE
NEW YORK, NEW YORK 10007

MAY 25, 2022

REGARDING:
VOLMAN V. JOSELUIS CORP D/B/A JOSE LUIS
AND 186 AVE B NY LLC
**DOCKET 1:22-CV-02403 (LGS)**

Dear Judge Schofield,

This firm represents plaintiff, Josef Volman, in the above referenced matter. Plaintiff submits this correspondence to request a 30-day adjournment of the upcoming conference, currently scheduled for June 1, 2022.

On May 20, 2022, defendants appeared by council Clausen Miller P.C. Given the recent appearance, the parties have not been able to comply with Your Honor's order. Accordingly, the undersigned respectfully requests a 30-day adjournment and the same of this matter be continued to a date beyond June 30th, 2022, or a comparable date which better suits the Court's calendar.

Thank you for your attention to this matter.

Respectfully submitted,

By: ___/s/ Andre M. Autz, Esq._____

Andre M. Autz, Esq.
Nacmias Law Firm, PLLC
940 Atlantic Ave
Brooklyn, New York 11238
(917) 602-6057
andreautzesq@gmail.com
*Counsel for Plaintiff*
*Josef Volman*

---

Application GRANTED. The initial pretrial conference scheduled for June 1, 2022, is adjourned to **July 6, 2022, at 4:20 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The parties shall file the joint letter and proposed civil case management plan and scheduling order required by the Order at Dkt. No. 7 by **June 29, 2022, at 12:00 P.M.**

Defendant 186 Ave B NY LLC shall serve its Answer and Cross-Claim upon Defendant Joseluis Corp. and file proof of service by **May 27, 2022**. If Defendant Joseluis Corp. has not appeared and responded to the Complaint and cross-claim by June 17, 2022, Plaintiff and Defendant 186 Ave B NY LLC shall also file an order to show cause for default judgment and all related papers required by the Court's Individual Rules by **June 22, 2022**.

So Ordered.

Dated: May 26, 2022
New York, New York

/s/ Lorna G. Schofield
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**