UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEF VOLMAN,
                            Plaintiff,

                -against-                          22 Civ. 2403 (LGS)

                                              ORDER
JOSELUIS CORP., et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties indicated in their Proposed Civil Case Management Plan and Scheduling Order (Dkt. No. 25) that they consent to proceed before a Magistrate Judge for all purposes, including trial. It is hereby

      **ORDERED** that, by July 1, 2022, the parties shall execute and file a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, which is available on the Court's website, at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

Dated: June 29, 2022
       New York, New York

                                                     LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE