UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                               :

  JOSEF VOLMAN,                    :

                    Plaintiff,   :            22 Civ. 2403 (LGS)

                           :

             -against-      :

                           :             ORDER

  JOSELUIS CORP., et al.,       :

                  Defendants. :

                           :

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference in this action is scheduled for July 6, 2022, at 4:20 P.M.;

       WHEREAS, in the parties' proposed civil case management plan and scheduling order, the parties indicated that they consent to proceed for all purposes, including trial, before a Magistrate Judge.  It is hereby

       **ORDERED** that the initial pretrial conference scheduled for July 6, 2022, is adjourned sine die.  It is further

       **ORDERED** that, by **July 8, 2022**, the parties shall execute and file a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available on the Court's website, at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge).

Dated: July 5, 2022
      New York, New York

                                 **LORNA G. SCHOFIELD**
                          **UNITED STATES DISTRICT JUDGE**